# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Hafner, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADP, LLC, a foreign corporation,<br><br>　　　　Defendant. | No. CV20-00986-PHX-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　The Court has received and reviewed the parties' Joint Notice of Settlement and Motion to Dismiss with Prejudice. Doc. 16.

　　　**IT IS ORDERED** that the parties joint notice of settlement and motion to dismiss with prejudice (Doc. 16) is **granted.** The above-entitled action is dismissed with prejudice; each party to bear their own attorneys' fees and costs.

　　　Dated this 12th day of November, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge